THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

No

| PORT OF OLYMPIA, | IN ADMIRALTY |
|---|---|
| Plaintiff, | Case No. 3:20-cv-05789-JCC |
| v. | DECLARATION OF SUBSTITUTE CUSTODIAN |
| M/V THE DREAM f/k/a EVERGREEN STATE and JONES GLOBAL INVESTMENT LLC, | |
| Defendants. | |

Buck Fowler declares as follows under the penalty of perjury of the laws of the United States:

1.  I am the managing member of Marine Lenders Services, LLC, with offices at 5350 30th Avenue NW, Seattle, Washington. I have experience as a vessel owner, operator, and broker, and I have served as the U.S. Marshal's substitute custodian for many vessels under arrest in this District.

2.  I have read Local Admiralty Rule 135 pertaining to the custody of property and am familiar with its provisions.

3.  I am not a party and have no interest in the outcome of this action.

4.  I am familiar with the M/V THE DREAM (IMO 8836132), described in the

DECLARATION OF SUBSTITUTE CUSTODIAN: CASE
NO. 3:20-CV-05789-JCC - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

PDX\136699\256189\MJHE\28645291.1

Verified Complaint (Docket #1), at least to the extent of her size, type, construction material, and general usage. I attest that Marine Lenders can provide adequate supervision for, and can safely keep the Vessel in place of the U.S. Marshal during the pendency of this action and until further order of the Court. Marine Lenders would exercise due care to preserve and protect the Vessel during custodianship.

5. Marine Lenders agrees to provide all services necessary for the proper custody and safekeeping of the Vessel during the substitute custodianship.

6. I have access to adequate facilities and supervision for and can safely keep the Vessel in place of the United States Marshal during the pendency of suit and until further Order of the Court.

7. I will provide legal liability insurance and perform the normal and customary custodial services for the Vessel, including attending mooring lines, bilge pumping as necessary, and providing locks, security, and guarding during the custodianship at a charge of $90 per day for the first 30 days. An additional fee of $642 per month will be charged for substitute custodian legal liability insurance. For the arrest, consulting, and making an inventory of the Vessel, Marine Lenders Services, LLC will bill $240 per hour. I will charge moorage at the rate currently charged at its present location. The total charge for said services will be less than those charged by the United States Marshal for providing such services through professional keepers.

8. I will provide these services and keep the Vessel secured at her current location at the Port of Olympia unless I determine that the Vessel should be moved in order to safeguard and protect the Vessel, or minimize expenses and/or maximize the sale price of the Vessel. In the event the Vessel needs to be moved, I will notify the U.S. Marshal's office prior to movement and when it has been secured.

5. I am a beneficiary of a Marine General Insurance Policy issued by Great American (Policy No. CL1932503366) with limits of $2,000,000 for damage sustained by

DECLARATION OF SUBSTITUTE CUSTODIAN: CASE NO. 3:20-CV-05789-JCC - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

PDX\136699\256189\MJHE\28645291.1

third parties due to negligence committed during said custody, and I understand that plaintiff further agrees to hold harmless and indemnify the United States and the United States Marshal from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping.

      6.    I agree to accept substitute custodianship of the defendant Vessel, her engines, machinery, and appurtenances, etc., in accordance with the order appointing substitute custodian.

      9.    Marine Lenders acknowledges that all outstanding bills and costs/expenses incidental to the keeping of the Vessel by the substitute custodian will be paid by the Plaintiff. The United States of America, the United States Marshal, their agents, servants, employees, and others for whom they are responsible do not assume any liability or responsibility for any acts of the substitute custodian or any costs incurred incidental to this Court appointed custodianship.

Dated this 1st day of September, 2020 as Seattle, Washington.

_____
Buck Fowler, Marine Lenders Services LLC

DECLARATION OF SUBSTITUTE CUSTODIAN: CASE NO. 3:20−CV−05789−JCC - 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

PDX\136699\256189\MJHE\28645291.1