THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORT OF OLYMPIA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>M/V THE DREAM f/k/a EVERGREEN STATE and JONES GLOBAL INVESTMENT LLC,<br><br>　　　　Defendants. | IN ADMIRALTY<br><br>Case No. C20−5789−JCC<br><br>ORDER FOR WARRANT OF ARREST |

　　　The Court has reviewed Plaintiff's Verified Complaint (Docket #1) and the Ex Parte Motion requesting issuance of a Warrant of Arrest, *in rem*.  The Court finds that the conditions set forth in Supplemental Admiralty Rule C for issuance of a warrant for arrest against the M/V THE DREAM, IMO No. 8836132, appear to exist.  Therefore it is hereby:

　　　ORDERED, that the Clerk of this Court shall issue a Warrant of Maritime Arrest for the M/V THE DREAM, IMO No. 8836132, her engines, freights, boilers, machinery, tackle, apparel, furniture, equipment, rigging, and all other necessary appurtenances thereto, etc. (the "Vessel"), as prayed for in the Verified Complaint; and it is

　　　ORDERED, that the United States Marshal is to promptly take custody of the Vessel within the District, at the Port of Olympia; and it is further

ORDER FOR WARRANT OF ARREST:
CASE NO. C20−05789−JCC - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206-622-1711

ORDERED, that the United States Marshal shall serve a copy of this Order, with the *In Rem* Warrant of Arrest, and a copy of the Verified Complaint upon Defendant Vessel; and it is further

ORDERED, that any person claiming a right of possession or any ownership interest in the Vessel arrested pursuant to this Order, shall, in accordance with Supplemental Admiralty Rule C(6) of the Federal Rules of Civil Procedure, file a verified statement of right or interest with the Clerk of the Court and an answer, and shall upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the arrest should not be vacated or other relief granted.

Dated this 2nd day of September, 2020.

*(signature)*

THE HONORABLE JOHN C. COUGHENOUR
UNITED STATE DISTRICT COURT JUDGE

**Presented by:**

SCHWABE, WILLIAMSON & WYATT, P.C.

/s/ Molly J. Henry
Molly J. Henry, WSBA #40818
Email:  mhenry@schwabe.com
David R. Boyajian, WSBA #50195
Email:  dboyajian@schwabe.com
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Facsimile: 206-292-0460
*Attorneys for Plaintiff, Port of Olympia*

ORDER FOR WARRANT OF ARREST:
CASE NO. C20−05789−JCC - 2