THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PORT OF OLYMPIA, | IN ADMIRALTY |
| Plaintiff, | Case No. 3:20-cv-05789-JCC |
| v. | DECLARATION OF LEN FAUCHER |
| M/V THE DREAM f/k/a EVERGREEN STATE and JONES GLOBAL INVESTMENT LLC, | |
| Defendants. | |

Leonard C. Faucher, Jr. (Len Faucher) declares as follows under the penalty of perjury of the laws of the United States of America:

1. I am the Marine Terminal Director for the Port of Olympia. I am over the age of eighteen (18) and am otherwise competent to testify to the facts stated herein. I make this declaration based upon personal knowledge.

2. In my role as Marine Terminal Director, I negotiated and oversaw the account for dockage and wharfage services provided by the Port of Olympia to the M/V THE DREAM (the "Vessel"), which has been berthed at the Port since April 2018.

3. From April 2018 to April 30, 2020, pursuant to the terms of the layberth agreement with the Port, Jones Global agreed to pay $3,500 per month, plus lease excise tax, to berth the Vessel at the Port's marine terminal. Copies of the layberth agreement and its

DECLARATION OF LEN FAUCHER - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

PDX\136699\256189\MJHE\29005452.1

extensions are attached hereto as Exhibit A. Per the terms of the agreement, interest on unpaid moorage accrues at 18% per annum. All other services and charges were per the Port's published Tariff rates.

4. As set forth in the Verified Complaint and attachments thereto, which I previously verified, the layberth agreement between Jones Global and the Port was extended multiple times, ultimately expiring on April 30, 2020. After April 30, 2020, and per the terms of the agreement, the Port's published Tariff rate applied instead of the negotiated $3,500 month berth rate.

5. Jones Global failed to pay for November 2019 moorage and charges, and all charges thereafter incurred. The Port attempted to work with Jones Global to arrange a buyer for the Vessel that would repay the Port's charges, provide insurance for the Vessel, and arrange for it to leave the dock, but all efforts to privately sell the Vessel were to no avail.

6. As of September 15, 2020, the date that the Vessel was arrested by the U.S. Marshal, the Port was due and owing for the following wharfage services provided to the Vessel at Jones Global's request, totaling $88,914.12:

DECLARATION OF LEN FAUCHER - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

PDX\136699\256189\MJHE\29005452.1

| Dockage and Operations | | | | | | |
|---|---|---|---|---|---|---|
| 47880 | 12/2/2019 | Invoice | $ 4,311.88 | Nov-19 | Nov 2019 Dockage |
| 3902 | 12/31/2019 | Finance Charge | $ 48.69 | Dec-19 | |
| 48075 | 1/3/2020 | Invoice | $ 3,949.40 | Dec-19 | Dec 2019 Dockage |
| 3919 | 1/31/2020 | Finance Charge | $ 63.79 | Jan-20 | |
| 48333 | 2/3/2020 | Invoice | $ 3,949.40 | Jan-20 | January Dockage |
| 48334 | 2/4/2020 | Invoice | $ 3,060.40 | Feb-20 | Dock and rub rail repairs |
| 3938 | 2/29/2020 | Finance Charge | $ 114.26 | Feb-20 | |
| 48556 | 3/3/2020 | Invoice | $ 3,949.40 | Feb-20 | February Dockage |
| 3962 | 3/31/2020 | Finance Charge | $ 218.13 | Mar-20 | |
| 48861 | 4/3/2020 | Invoice | $ 3,949.40 | Apr-20 | March Dockage |
| 3991 | 4/30/2020 | Finance Charge | $ 280.46 | Apr-20 | |
| 49090 | 5/4/2020 | Invoice | $ 3,949.40 | May-20 | April Dockage |
| 4022 | 5/31/2020 | Finance Charge | $ 348.38 | May-20 | |
| 49312 | 6/1/2020 | Invoice | $ 11,648.25 | May-20 | May Dockage at tariff |
| 4042 | 6/30/2020 | Finance Charge | $ 395.38 | Jun-20 | |
| 49542 | 7/1/2020 | Invoice | $ 2,119.98 | Jun-20 | June 26-30 Dockage at tariff |
| 49541 | 7/1/2020 | Invoice | $ 10,599.91 | Jun-20 | June 1-25 Dockage at tariff |
| 4064 | 7/31/2020 | Finance Charge | $ 473.04 | Jul-20 | |
| 49750 | 8/3/2020 | Invoice | $ 13,799.77 | Aug-20 | July Dockage at tariff |
| 4083 | 8/31/2020 | Finance Charge | $ 557.72 | Aug-20 | |
| 49993 | 9/1/2020 | Invoice | $ 13,799.77 | Aug-20 | August dockage at tariff |
| | 9/30/2020 | Finance Charge | $ 650.00 | Sep-20 | Finance charge is appx |
| | 9/30/2020 | Invoice | $ 6,677.31 | Sep-20 | Sept 1-15 Dockage at tariff |
| **Dockage, Operations & Finance Fee** | | | **$ 88,914.12** | | |

7. Copies of the invoices for the charges through April 30, 2020 are attached hereto as Exhibit B. In addition to the agreed dockage, they include a $331.64 charge in December 2019 for labor involved to provide blocking surrounding the Vessel and a $3,060.40 charge in February 4, 2020 for damage caused by the Vessel to the Port's dock. These were all part of the wharfage services provided to the Vessel.

8. Following the expiration of the layberth agreement in April 30, 2020, the Port applied its published Tariff rate for dockage. A copy of the Port's published Tariff No. 11 is available on the Port's website (as required by the Federal Maritime Commission) at portolympia.com/DocumentCenter/View/3578/Olympia-Terminal-Tariff-11-July-1-2020.

9. The Port updated its Tariff effective July 1, 2020. From May 1 to June 30, 2020, the published tariff rate for a vessel measuring between 250 and 350 feet in length was

DECLARATION OF LEN FAUCHER - 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

PDX\136699\256189\MJHE\29005452.1

$1,503 per 24 hour period. Per the terms of the Tariff, dockage for vessels in layberth are charged at 25% of that rate. So, for May 1 to June 30, 2020, the Vessel incurred dockage at a Tariff rate of $375.75 per 24 hour period (plus applicable taxes). From July 1 to September 15 (and to the current time), the published dockage rate for the Vessel is $1,578, which applying the 25% layberth deduction, equates to a daily charge of $394.50 (plus applicable taxes).

10. The fact that the Vessel is uninsured presents pressing liability concerns for the Port. In addition to those liability concerns, the Vessel is currently occupying a large berth which would otherwise be used by the Port for income generating activities.

11. On top of the amounts owed to the Port for unpaid wharfage prior to the arrest, and on top of amounts that the Vessel is preventing the Port from making by occupying a large berth, the Port is incurring significant custodial fees associated with the arrest, which increase daily the longer this action draws out. As of the date of the signing of this Declaration, the Port has incurred more than $15,000 in custodial costs since the Vessel's arrest, including Marshal fees, costs of the Substitute Custodian, and ongoing dockage at the Port. The Port will continue to accrue these custodial costs up through the date that the Vessel is released or sold. It is my personal belief, based on conversations I have had with prior interested buyers, that the likely sales proceeds from a sale of the Vessel will not be nearly sufficient to pay custodial costs and the Port's lien. Thus, it is imperative that the Port move quickly with the sale to prevent further losses associated with the Vessel.

Dated this 1st day of October, 2020 at Olympia, Washington.

_____
Leonard C. Faucher, Jr.

DECLARATION OF LEN FAUCHER - 4

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

PDX\136699\256189\MJHE\29005452.1