THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PORT OF OLYMPIA,<br><br>          Plaintiff,<br><br>v.<br><br>M/V THE DREAM f/k/a EVERGREEN STATE and JONES GLOBAL INVESTMENT LLC,<br><br>          Defendants. | IN ADMIRALTY<br><br>Case No. 3:20−cv−05789−JCC<br><br>DECLARATION OF MOLLY J. HENRY SUPPORTING MOTION FOR DEFAULT AND DEFAULT JUDGMENT |

Molly J. Henry declares as follows under the penalty of perjury of the laws of the United States of America:

1. I am an attorney of record for Plaintiff Port of Olympia ("Port" or "Plaintiff") in the above matter. I am over the age of eighteen (18) and am otherwise competent to testify to the facts stated herein. I make this declaration based upon personal knowledge.

2. Prior to filing the Verified Complaint in this action, my office obtained a certified Certificate of Documentation and an Abstract of Title for the Vessel from the United States Coast Guard. True and correct copies of the Certificate of Documentation and Abstract of Title, as received from the U.S. Coast Guard, are attached hereto as Exhibit A.

3. The Port filed a Verified Complaint seeking arrest of the Vessel to satisfy the Port's maritime lien on August 6, 2020, but asked that the warrant be held in abeyance while

DECLARATION OF MOLLY J. HENRY SUPPORTING
MOTION FOR DEFAULT - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

PDX\136699\256189\MJHE\29005440.1

the Port worked cooperatively with Vessel owner Jones Global (though its counsel) to try and arrange a private sale that would benefit all parties.

4. In exchange for the Port's cooperation and abeyance of the arrest action, Jones Global agreed that if the anticipated private sale fell through, it would not oppose the Port's efforts to seek an expedited sale through the Court. A true and correct copy of an email exchange I had with counsel for Jones Global laying out the specific terms of our agreement is attached hereto as Exhibit B. Specifically, Jones Global agreed that it would pay the Port $10,000 on or around August 10, obtain acceptable insurance on the Vessel by August 19, remove the ferry from the Port's dock no later than September 15, and pay the remainder of a negotiated lien by that same date.

5. Jones Global failed to meet any of the agreed deadlines. It never paid the Port anything, the Vessel remains uninsured, and the Vessel continues to occupy the Port's berth.

6. I informed Jones Global's counsel, Shawn Griggs, that the Port would be forced to move forward with the arrest action. Mr. Griggs informed me that he did not intend to appear in the action and that it was his understanding that his client would not appear either. He indicated that he was "in the process" of ending his relationship with Jones Global.

7. On September 15, 2020, the US Marshal arrested the Vessel pursuant to a warrant issued by this Court, and immediately tendered custody of the Vessel to the Substitute Custodian. That same day, I emailed counsel for the Jones Global, Shawn Griggs, and alerted him to the arrest. In that email, I told Mr. Griggs that we were placing copies of the Complaint and Warrant in the mail to both him and his client, Jones Global, and further advised "I would be grateful if you could let me know if we should communicate further with you on this matter. I understand that you will not be making an appearance and that it is your understanding that Mr. Jones will not be making an appearance either." Mr. Griggs never responded to my email in any way.

DECLARATION OF MOLLY J. HENRY SUPPORTING MOTION FOR DEFAULT - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

8. On September 16, 2020, the Port published notice of the arrest and action in the Seattle Daily Journal of Commerce, as required by LAR 125. A true and correct copy of the published notice is attached hereto as Exhibit C.

9. Also on September 16, 2020, pursuant to LAR 130, my office provided notice of the arrest to all interested parties listed in the Vessel's Certificate of Documentation and Abstract of Title, and to Mr. Griggs, by sending copies of the Verified Complaint and Warrant of Arrest to the following parties via certified mail, return receipt requested:

>Jones Global Investment LLC
>2615 Maggiore Circle
>Kissimmee, FL  34746-3459
>
>Captain Vic's Marine Services, LLC
>1210 22nd St. SE
>Puyallup, WA 98372
>
>Rudolf Oppermann
>1906 199th Pl. SW
>Lynnwood, WA 98036-7045
>
>Tyee Marina LLC
>5618 Marine View Dr.
>Tacoma, WA 98422-2703
>
>Arthur J. Gallagher & Co.
>12444 Powerscourt Drive
>St. Louis, MO 63131
>
>Shawn Griggs
>1818 Westlake Ave N, Ste 423
>Seattle, WA 98109-2707

Tracking results for the mailed notices are attached hereto as Exhibit D.

10. With the exception of the notices sent to Jones Global and its counsel Shawn Griggs, all notices were delivered. The notice for Jones Global was returned because the address was not valid and/or Jones Global was no longer in business. Mr. Grigg's notice continues to be held for pickup.

DECLARATION OF MOLLY J. HENRY SUPPORTING MOTION FOR DEFAULT - 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206-622-1711

PDX\136699\256189\MJHE\29005440.1

11.     On September 21, 2020, I again emailed Jones Global's attorney Shawn Griggs and asked him to acknowledge receipt of notice of the arrest. Mr. Griggs has not responded in any way.

12.     Pursuant to Supp. Adm. R. C(6), more than 14 days have passed since notice of the arrest was published and no one has filed any statement of interest in the Vessel. No one has appeared or contacted the Port to express an interest in the Vessel.

Dated this 2nd day of October, 2020 at Seattle, Washington.

/s/ Molly J. Henry
Molly J. Henry, WSBA #40818

DECLARATION OF MOLLY J. HENRY SUPPORTING MOTION FOR DEFAULT - 4

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

PDX\136699\256189\MJHE\29005440.1